# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR423-020 |
| | ) | |
| SEAN HOLLOWAY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On September 20, 2023, the Court ordered a forensic psychological examination of defendant Sean Holloway, in accordance with 18 U.S.C. § 4241(a) and (b), to assess both his mental competency for trial and his criminal responsibility for the charged offense. (Doc. no. 30.) He has since had a comprehensive psychological evaluation at the Federal Detention Center in Houston, Texas. (Doc. no. 36.) His evaluators found that he is competent to stand trial. (*Id.* at 8.)

The Magistrate Judge recommended that Defendant be found competent to stand trial, based, in part, on the parties' stipulation to the examining physician's finding. (Doc. no. 38.) No party has objected to that recommendation. After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 38). The Report and Recommendation is, therefore, **ADOPTED.** The Court concurs with the report's unrebutted findings and concludes that Holloway is not presently suffering from a mental disease or defect rendering him

mentally incompetent to stand trial. The Court finds, therefore, that he is competent to stand trial pursuant to 18 U.S.C. § 4241.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of March, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA